# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155091

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANGELO LAMONT WISE,
      Defendant-Appellant.

SC: 155091
COA: 333743
Wayne CC: 07-021351-FC

_____/

      On order of the Court, the application for leave to appeal the November 16, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      WILDER, J., did not participate because he was on the Court of Appeals panel.

      CLEMENT, J., did not participate.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



Clerk

d1120